# REPORTS OF CASES

DETERMINED IN

# THE SUPREME COURT

OF THE

# TERRITORY OF UTAH.

---

A. C. MADSEN, RESPONDENT, *v.* F. R. KENNER, APPELLANT.

CERTIORARI—OFFICE OF WRIT OF.--Where defendant in a criminal action before a justice of the peace, has paid the fine adjudged against him; the proceedings before said justice are at an end and have passed beyond review by certiorari.

APPEAL from an order of the district court of the first district, reversing upon *certiorari*, a judgment of the court of a justice of the peace.

*Messrs. Darke & Kenner*, for appellant.

*Mr. Jacob Johnson*, for respondent.

TWISS, J.:

This is an application for a writ of *certiorari* to review certain proceedings of the defendant Kenner, a justice of the peace, in San Pete county.

The application alleges that complaint by one Martin Hansen was made on the 24th day of May, 1883, "in the justice's court, Manti city, San Pete county, Territory of Utah, before F. R. Kenner, justice of the peace," charging the plaintiff with the crime of assault and battery.

The defendant on the same day issued a warrant commanding the officers to whom it was directed, to bring Madsen before him at his office, in the town of Manti city, in said township, "dated at Manti city, in said township," and signed "F. R. Kenner, justice of the peace of said township."

The plaintiff was arrested and brought before the defendant "In the justice court, Manti city," and pleaded not guilty, he was represented by counsel and waived a trial by jury; witnesses on the part of the prosecution and the defense were sworn and examined.

The record contains the following item of May 25th:

"Parties present; court ordered, adjudged and decreed that the defendant pay a fine of $50.00 and costs of court, $26.65, and in case of his failure to pay such fine and costs to be confined in the county jail at the rate of one dollar per day until such fine and costs are paid."

A commitment was issued entitled as follows: "In the justice court, Manti precinct, County of San Pete, Utah Territory." "The people of the Territory of Utah against Christopher Madsen, convicted of assault and battery," containing the usual recitals, but the record does not show that it was signed by anyone. On the same day, May 25, 6 o'clock p. m., the fine and costs were paid and the "prisoner released."

Upon these facts appearing of record the plaintiff claims that the action against him having been commenced in the justice's court, of Manti city, and it not having been removed therefrom, the justice's court, of Manti precinct, had no jurisdiction of the action and without a verdict of guilty against the plaintiff the defendant, Kenner, had no authority to render judgment against him; that the judgment of the justice is uncertain, ambiguous and unintelligible and void, because it directs that the plaintiff be imprisoned until such fine and costs be paid in a manner not authorized by law and, because the law does not authorize imprisonment for costs, and because the defendant had no authority by law to remand the plaintiff to the custody of the marshal of Manti city, and alleges that he is without any plain, speedy or adequate remedy at law.

Without expressing any opinion as to whether the defendant had authority or jurisdiction to render the judgment shown by the record or as to the effect of the irregularities complained of; or as to whether the plaintiff had a speedy, plain, adequate remedy by appeal or otherwise at law, it is quite clear that the payment of the sums of money named in the alleged judgment as fine and costs determined the issues involved in the proceedings or action, which by virtue of such payment were at an end, and the alleged judgment thereby satisfied, and passed beyond review by *certiorari*. *Ketchum* v. *Superior Court, San Joaquin Co.,* 65 Cal. 494.

It is ordered that the writ be dismissed.

Emerson, J., concurred.

Zane, C. J., took no part in the decision, the cause having been argued prior to his incumbency.